**FILED FOR RECORD**
Ector County - Court at Law 1
Ector County, Texas
6/1/2017 5:51:23 PM
**Linda Haney**
**County Clerk**
By: Sandra Herrington. Deputy

NO. 21791-14 A

| | | |
|---|---|---|
| ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| ANTHONY TONY SANCHEZ, | § | |
| | § | |
| DECEASED | § | ECTOR COUNTY, TEXAS |

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/05/17 9:20:25 AM
SHERRY WILLIAMSON
Clerk

| | | |
|---|---|---|
| CORA SUE SANCHEZ INDIVIDUALLY | § | IN THE COUNTY COURT |
| AND AS REPRESENTATIVE OF THE | § | |
| ESTATE OF ANTHONY TONY | § | |
| SANCHEZ, DECEASED, JENNIFER | § | |
| PASOWICZ AND JULIE | § | |
| MARIE SANCHEZ | § | |
| | § | |
| | § | |
| VS. | § | AT LAW |
| | § | |
| ROBERTS TRUCK CENTER OF | § | |
| TEXAS, LLC AND ROBERTS TRUCK | § | |
| CENTER HOLDING COMPANY LLC | § | ECTOR COUNTY, TEXAS |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now PLAINTIFFS, CORA SUE SANCHEZ, INDIVIDUALLY AND AS

REPRESENTATIVE OF THE ESTATE OF ANTHONY TONY SANCEZ, DECEASED,

JENNIFER PASOWICZ, and JULIE MARIE SANCHEZ and give notice of their intent to

appeal the judgment in this case.

1.      CORA SUE SANCHEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF

THE ESTATE OF ANTHONY TONY SANCEZ, DECEASED, JENNIFER PASOWICZ,

and JULIE MARIE SANCHEZ are Appellants, ROBERT'S TRUCK CENTER OF TEXAS

Page 1 of 4

LLC and ROBERT'S TRUCK CENTER HOLDING COMPANY, LLC are Appellees.

2. This appeal is made as the trial court signed on May 2, 2017 signed an order granting summary judgment in favor of, ROBERT'S TRUCK CENTER OF TEXAS LLC and ROBERT'S TRUCK CENTER HOLDING COMPANY, LLC and against CORA SUE SANCHEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ANTHONY TONY SANCEZ, DECEASED, JENNIFER PASOWICZ, and JULIE MARIE SANCHEZ which judgment has become final.

3. The notice of appeal is due on June 1, 2017.

4. Plaintiffs CORA SUE SANCHEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ANTHONY TONY SANCEZ, DECEASED, JENNIFER PASOWICZ, and JULIE MARIE SANCHEZ desire to appeal from this judgment to the Eleventh Court of Appeals, Eastland, Texas.

Respectfully submitted,

Law Offices of Miller & Bicklein
519 Golder
Odessa, Texas
(432) 550-3006
(432) 362-4624 (fax)


By: ___/s/ KEVIN B. MILLER___
Kevin B. Miller
Kevin@mblaw.org
State Bar No. 14094500

Matthew J. Olivarez
Matthew@mblaw.org
State Bar No. 24088154

Attorneys For Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was

served in conformity with 21(a) on the 1st of June, 2017 to the following:

Kurt G. Paxon
MOUNCE, GREEN, MYERS, SAFI,
PAXSON, & GALATZAN
PO BOX 1977
El Pason, Texas 79950
T: 915-541-1597
F: 915-541-1597

James A. Mounts II
RAY, MCCHRISTIAN & JEANS, PC
F: 915.832.733

Michael Ace
ROBERTS & ROBERTS
F: 903.597.1600

Jeffery S. Patterson
HARTLINE DACUS BARGER DREYER LLP
F:214.369.2118


By:     /s/ *KEVIN B. MILLER*
        KEVIN B. MILLER